**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley U.S. Courthouse**

**Appeal from interlocutory order that allowed University Defendants'
March 30, 2020 motion to modify August 28, 2019 order
to prohibit Plaintiff from using a pseudonym.**

Issued on September 12, 2022.
In the case 3:19-cv-30056-MGM filed on April 22, 2019 at the
Springfield (Western) Divisional Office of the
United States District Court for the
District of Massachusetts.

**USCA Case No. 23-1118**

**Jane Doe,**
*Plaintiff-Appellant,*

v.

**UMass-Amherst and twelve other defendants,**
*Defendants-Appellees.*

**Dated July 17, 2023**

**RENEWED MOTION TO CONSOLIDATE WITH OTHER
CONSOLIDATED THREE CASES 23-1119, 23-1142, AND 23-1143**

On June 2, 2023, Appellant attempted to move this Court to consolidate this appeal numbered 23-1118 with her other consolidated three appeals numbered 23-1119, 23-1142, and 23-1143. On June 13, 2023, this request was ruled upon by this

Court which "denied [it] without prejudice to renewal once the issues raised in the February 24, 2023 show cause order in appeal No. 23-1118 have been resolved."

On June 26, 2023, this Court entered an order explaining notably that the present appeal was "before [it] on Appellant's response to [its] order to show cause entered February 24, 2023." Then, without stating whether Appellant had managed to show cause to convince this Court to hear this appeal, this June 26, 2023 order continued adding that this appeal "will proceed to briefing with all timeliness and all jurisdictional issues reserved to the ultimate merits panel." And the Court ended this same order by apprising Appellant that if "she wishes to do so, [she] may now renew her motion to consolidate appeal number 23-1118 with appeal numbers 23-1119, 23-1142, and 23-1143[.]"

Wherefore, while extending her sincerest apologies for the delay (which is related to the reasons presented in her July 3, 2023 emergency motion for a third time extension submitted in the consolidated three appeal cases numbered 23-1119, 23-1142, and 23-1143; but also the fact that, for reasons beyond her control, she did not learn about the aforesaid June 26, 2023 order before July 5, 2023), Appellant herein renews the aforementioned June 2, 2023 motion to consolidate this appeal with the already consolidated three appeals 23-1119, 23-1142, and 23-1143.

Respectfully submitted,
/s/ Jane Doe

Case: 23-1118    Document: 00118031915    Page: 3    Date Filed: 07/19/2023    Entry ID: 6580380

Renewed motion to consolidate with other consolidated three cases_Doe v. UMass-Amherst and twelve other defendants_061723

**Certificate of Service**

On July 17, 2023, Appellant hereby certifies that on the same day she served the instant renewed motion by mailing a printed copy of it via U.S.P.S. regular mail to the Clerk's office of the U.S. Court of Appeals located at the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210. Subsequently, Appellant emailed a digital copy of the exact same document to the opposing parties' counsels, namely, Atty. Mark Johnson, Assistant Attorney General Hannah Vail, and Atty. Deborah Ecker.

Respectfully submitted,
/s/ Jane Doe

Jane Doe
813 North Pleasant St.
Amherst, MA 01003





Retail
U.S. POSTAGE PAID
FCM LG ENV
AMHERST, MA 01002
JUL 17, 2023
$1.83
RDC 99  02210
R2304M111243-10

USMS SCREENED

John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Case: 23-1118   Document: 00118031915   Page: 4   Date Filed: 07/19/2023   Entry ID: 6580380