# United States Court of Appeals
## For the First Circuit

No. 23-1118

JANE DOE,

Plaintiff - Appellant,

v.

UNIVERSITY OF MASSACHUSETTS-AMHERST, a public educational institution of more than 300 employees; DR. DEREK LOVLEY, an individual; DR. TOSHIYUKI UEKI, an individual; DR. JOHN LOPES, an individual; JOY WARD, an individual; CHIEF SCOTT LIVINGSTONE, an individual; DR. KUMBLE SUBBASWAMY, an individual; SERGEANT JONATHAN HALL, an individual; KARLEE DRUMGOOL, an individual; DR. CYNTHIA GERSTL-PEPIN, an individual; SEAN REGAN, an individual; CHIEF TYRONE PARHAM, an individual; ATTORNEY RANDALL E. SMITH, an individual,

Defendants - Appellees.

**ORDER OF COURT**

Entered: June 26, 2023

This matter is before the court on Appellant's response to this court's order to show cause entered February 24, 2023. The appeal will proceed to briefing, with all timeliness and other jurisdictional issues reserved to the ultimate merits panel. A briefing schedule will be entered in the ordinary course. The parties should address all relevant timeliness and other jurisdictional issues fully in their briefs. See, e.g., Fed. R. App. P. 4(a) & (a)(7)(A); Fed. R. Civ. P. 58(a).

If she wishes to do so, Appellant may now renew her motion to consolidate appeal number 23-1118 with appeal numbers 23-1119, 23-1142, and 23-1143; Appellant also may request a briefing extension in those matters until such time as the consolidation request has been addressed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jane Doe
Mark Alden Johnson
Denise Barton
Deborah I. Ecker
Hannah Vail